1418

**2014-1906. Fahey Banking Co. v. Squire.**
Mahoning App. No. 14 MA 123. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to file Seventh District Appellate Court order denying reconsideration and stay, it is ordered by the court that the motion is granted.

**2013-1776. State v. Allen.**
Cuyahoga App. Nos. 99289 and 99191, 2013-Ohio-4188. This cause, here on appeal from the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *State v. Johnson,* ___ Ohio St.3d ___, 2014-Ohio-5021, ___ N.E.3d ___, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.